SORIANO ET AL., DEMANDANTES Y APELANTES, *v.* REXACH ET AL., DEMANDADOS Y APELADOS.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre reivindicación y daños y perjuicios.

Moción para eliminar la exposición del caso y pliego de excepciones de la transcripción de autos.

No. 1221.—Resuelto en noviembre 6, 1914.

PRÓRROGAS—PETICIÓN HECHA ANTES DE VENCIDO EL TÉRMINO—CONCESIÓN DE LA PRÓRROGA DESPUÉS DE VENCIDA.—Una prórroga para presentar en la corte inferior la exposición del caso y pliego de excepciones pedida antes de vencerse el término, no es nula por haber sido concedida después de vencido dicho término.

EXPOSICIÓN DEL CASO—PLIEGO DE EXCEPCIONES—ELIMINACIÓN DE DICHOS DOCUMENTOS DE LA TRANSCRIPCIÓN DE AUTOS.—No procede la eliminación de la exposición del caso y pliego de excepciones de una transcripción de autos por el único motivo de haber sido radicados dichos documentos dentro de una prórroga solicitada a tiempo y concedida después de vencido el término.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Luis Samalea Iglesias.*

Abogados de los apelados: *Sres. Bosch & Soto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Según aparece de la transcripción de los autos para esta apelación, la víspera de vencerse el término que la ley concede para presentar al juez de la corte sentenciadora el proyecto de exposición del caso y del pliego de excepciones, el apelante radicó en la secretaría de la corte una moción interesando que se le concedieran veinte días de prórroga contados desde la fecha de la petición, gracia que fué otorgada por el juez de la corte siete días después.

Posteriormente los apelados pidieron al juez que no aprobara la exposición del caso que dentro del término de la prórroga había sido presentada porque, concedida ésta des-

pués que el término legal había expirado, era nula. Esta moción fué negada por la corte inferior y ahora se nos há presentado la parte apelada pidiéndonos que eliminemos la exposición del caso y pliego de excepciones que aprobó el juez, obrante en la transcripción de los autos que nos ha sido presentada para resolver la apelación, por el fundamento antes expresado de la nulidad de la prórroga.

Ya hemos dicho en el caso de *Gonzalez* v. *Acha,* 19 D. P. R., 1211, que las prórrogas deben solicitarse antes de vencer el término cuya prórroga se interesa. En el presente caso el apelante cumplió con este requisito y el hecho de que el juez la concediera después de vencer el término en nada afecta al apelante. La presentación de tal moción en tiempo oportuno al juez o al secretario de la corte fué suficiente para que el juez pudiera ejercer su facultad discrecional.

La moción debe ser desestimada.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Hutchison.

El Juez Asociado Sr. Wolf no formó parte del Tribunal en la vista de esta moción.